IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OTIS CARLISLE, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2849 |
| | § | |
| JP MORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum and Opinion of this date, this action is dismissed with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on March 16, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge